UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DAVID CHESTER FAULKNER #447456,

    Plaintiff,

v.        3:11-cv-329

DERRICK SCHOFIELD, et al.,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** for failure to state a claim for relief. All pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

    s/ Thomas W. Phillips
    United States District Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
    CLERK OF COURT